UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK TESORERO,

        Plaintiff,

                                            Case No. 11-cv-11585
vs.                                         HON. GEORGE CARAM STEEH

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

ORDER ACCEPTING REPORT AND RECOMMENDATION (DOC. #14),
DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DOC. #10),
GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT(DOC. #13)
AND DISMISSING ACTION

     On August 20, 2012, Magistrate Judge Michael Hluchaniuk issued a report and recommendation recommending that the court deny plaintiff's *pro se* motion for summary judgment and grant defendant's motion for summary judgment. In his report and recommendation, the magistrate found that substantial evidence supported the ALJ's determination of plaintiff's onset date and that a remand under 42 U.S.C. § 405(g) was not warranted.

     The magistrate judge specifically stated that any objections to his report must be filed within 14 days of service, and that failure to file such objections constituted a waiver of any further right of appeal. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985). No such objections were filed by the plaintiff, who sent correspondence stating only that he would await the court's ruling on the motions.

The court has reviewed the magistrate judge's well-reasoned report and recommendation and hereby adopts it in its entirety. Defendant's motion for summary judgment is GRANTED. Plaintiff's motion for summary judgment is DENIED and this cause of action is dismissed.

IT IS SO ORDERED.

Dated: September 14, 2012

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

On September 14, 2012, copies of this Order were served upon attorneys of record and on plaintiff Frank Anthony Tesorero, 10 Lakeville Court, Oxford, MI 48371 by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk